# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States Of America | Case No.: |
|---|---|
| v. | **CRIMINAL COMPLAINT** |
| Bobby Lee Seely-Bey | 20-384 MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or between the date of July 31, 2020 and October 8, 2020 in the County of Maricopa in the District of Arizona, the defendant violated, Title 18 USC § 922 (g)(1) an offense described as follows:

The Defendant knowingly possessed ammunition, which traveled in interstate and foreign commerce, after knowingly having been convicted of a crime punishable by a term exceeding one year of imprisonment.

I further state that I am a Special Agent from the Federal Protective Service and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUTHORIZED BY: _Kristen Brook, AUSA_  KRISTEN BROOK  Digitally signed by KRISTEN BROOK Date: 2020.10.08 11:47:20 -07'00'

SA Michael Lum
Name of Complainant

Sworn to ~~before me and subscribed in my presence~~ telephonically

October 8, 2020
Date

at Phoenix, Arizona
City and State

MICHAEL R LUM  Digitally signed by MICHAEL R LUM Date: 2020.10.08 15:34:22 -07'00'
Signature of Complainant

HONORABLE Michelle H. Burns
United States Magistrate Judge
Name & Title of Judicial Officer

_Michelle Burns_
Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, Michael Lum, being duly sworn, hereby depose and say:

1. I am a Special Agent (SA) with the Federal Protective Service (FPS), United States Department of Homeland Security, and have been so employed since June 2009. I am currently assigned to the Phoenix Field Office in Phoenix, Arizona. I am a member of the Joint Terrorism Task Force (JTTF) as a Task Force Officer (TFO) and am responsible for investigating acts of domestic terrorism. As a TFO, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal laws, particularly those laws found in Title 18 of the United States Code.

2. My training in law enforcement includes agency specific training in all aspects of conducting federal criminal investigations, including the planning, preparation, and execution of search warrants. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), authorized to conduct investigations into alleged violations of federal law. Through my experience and training, I know that it is a felony offense of Title 18 United States Code 922(g)(1) for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year possess firearms or ammunition.

3. This affidavit is made in support of a criminal complaint for Bobby Lee Seely-Bey (SEELY-BEY) for violating Title 18, United States Code, Section 922(g)(1), which states it is a crime for any person who has knowingly been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to knowingly possess firearms or ammunition.

4. On August 29, 2014, SEELY-BEY was convicted in the 16th Judicial District Court of Louisiana, St. Mary Parish of Attempted Disarming of a Peace Officer (14:34.6 LA), a designated felony which carries a maximum sentence of 5 years at hard labor and Self-Mutilation By a Prisoner (14:404 LA) a designated felony which carries a maximum sentence of 5 years at hard labor. SEELY-BEY was sentenced to one year at hard labor.

1

5. On August 29, 2014, SEELY-BEY was also convicted in the 16th Judicial District Court of Louisiana of Self-Mutilation By a Prisoner (case number 14:404 LA) a designated felony which carries a maximum sentence of two years. SEELY-BEY was sentenced to one year at hard labor to be served concurrently with his felony conviction for Attempted Disarming of a Peace Officer.

6. On September 22, 2020, ATF Special Agent (SA) Lowell Farley, a certified firearms interstate nexus expert, who is assigned to the Federal Bureau of Investigation (FBI) Joint Terrorism Task Force (JTTF) notified your affiant that SEELY-BEY attempted to purchase a firearm at the "Cave Creek Gun Store", located at 9401 N. Cave Creek Road Ste. #10 Phoenix, Arizona. Upon investigation, your affiant learned that SEELY-BEY attempted to purchase a Glock, model P80, 9mm pistol, serial number BNLR459, however Seely-Bey was delayed and later denied the purchase on September 22, 2020.

7. SA Farley obtained a copy of the ATF Form 4473 and interviewed the salesperson. The salesperson remembered SEELY-BEY and advised that SEELY-BEY provided an Arizona Identification Card (number redacted) as verification of identity. The salesperson reported that SEELY-BEY also filled out the ATF Form 4473 in front of him / her. SEELY-BEY wrote the below listed information on the ATF Form 4473: "Bobby Lee Seely Jr," along with his known date of birth and social security number.

8. On September 30, 2020, FBI TFO Dave Hubalik viewed an open source Instagram account belonging to SEELY-BEY, so identified based on his image throughout the account postings and the user name, "seeleybobby." As referenced in this affidavit the Instagram posts were publicly posted. Your affiant knows that TFO Hubalik observed two videos of SEELY-BEY holding an AR-15 style rifle equipped with an optic and what appears to be a 30-round magazine inserted in the weapon. Based on TFO Hubalik's training and experience as a police officer in the state of Arizona and a former SWAT commander with extensive experience with these type of weapons, the magazine appears to be constructed of plastic and based on its' narrow width and length it appears to be a magazine for .223 caliber or 5.56 millimeter ammunition.

9. TFO Hubalik has watched in their entirety both videos, which were posted and date stamped July 31, 2020. They both depict SEELY-BEY inside a room which appears to be a storage unit constructed of cinder block. The door is open showing the exterior of the door which is blue in color.

10. In the first video, SEELY-BEY is seen loading what appears to be ammunition into a magazine one at a time. Once he loads several rounds into the magazine SEELY-BEY walks towards the camera exposing the ammunition in the magazine for the camera (see photos below). Once that is completed SEELY-BEY holds up the remaining rounds which are attached to a plastic clip used in packaging. The ammunition he displays in the plastic clip is consistent with the ammunition he loaded into the magazine at the beginning of the video. SEELY-BEY then loads the remaining rounds from the plastic clip into the magazine and then inserts the magazine into the AR-15 style weapon, shoulders it and begins pointing it in several directions for the camera. It should be noted that during this video SEELY-BEY, who is the only person in the video, is looking in a downward angle towards the camera. By the angle it appears that he used a cellular phone set up on a box or table to record the video after which he could post the video on his Instagram page. There is no other person present in this video.



12.     Your affiant consulted with ATF SA Farley, who advised that the ammunition cartridges depicted in the video visually appear to meet the definition of ammunition as set forth in Title18, U.S.C., § 921(a)(17) ("The term 'ammunition' means ammunition or cartridge cases, primers, bullets, or propellant powder designed for use in any firearm."). SA Farley further advised that based on his knowledge and experience cartridge casings are not manufactured in the State of Arizona. Thus, there is probable cause to find that the ammunition traveled in interstate and foreign commerce.

13.     In the second video, also posted and date stamped July 31, 2020 on Instagram, SEELY-BEY is seen wearing the same clothing as in the prior video. The video begins with SEELY-BEY saying "Good morning everybody it's your boy T Woods here live. Happy holy day. Happy Friday and all that." It should be noted that July 31, 2020 was a Friday. It is unknown to your affiant why SEELY-BEY referred to himself as "T Woods". In this video, SEELY-BEY then proceeds to grab an AR-15 style rifle and states, "[incoherent] play with my toys, my toys and all that kind of shit. I got this for recreational

use. When mother-fuckers act up, when you act up, I'm coming off of recreation. I got a big scope and a long barrel for accuracy. So just know, let the games begin, if you wanna play". SEELY-BEY then shoulders the rifle, looks through the optic and points the firearm. Again SEELY-BEY is the only person in this video.



14. On October 8, 2020, FBI executed a Federal Search Warrant (20-279 MB) at 1930 W. Adobe Drive, Phoenix, AZ 85027, specifically inside storage unit 350, rented to SEELY-BEY. Inside SEELY-BEY's storage unit agents found the weapon pictured above (specifically a .223/5.56 caliber rifle, which after an initial, preliminary examination appears to have no serial number or make) and ammunition similar to that pictured above. Agents found 60 rounds of PMC ammunition. Agents consulted with ATF SA Farley, who advised that the ammunition cartridges depicted meet the definition of ammunition as set forth in Title 18, U.S.C., § 921(a)(17) ("The term 'ammunition' means ammunition or cartridge cases, primers, bullets, or propellant powder designed for use in any firearm."). SA Farley further advised that based on his knowledge and experience that ammunition is not

5

manufactured in the State of Arizona therefore traveled in interstate and foreign commerce to be found here in Arizona.

15. On October 8, 2020, FBI executed a Federal Search Warrant (20-277 MB) on SEELY-BEY's 2015 Gray/Charcoal Chevrolet Silverado pick-up truck, VIN: 1GC1KVE80FF127833 bearing Arizona license plate number FZA5A0, which is registered to SEELY-BEY. Inside SEELY-BEY's Chevrolet, in the back enclosed flat-bed area, agents found more rounds of ammunition, to include approximately 40 rounds of PMC x-tac ammunition and 80 rounds of .223 Wolf ammunition. Agents consulted with ATF SA Farley, who advised that the ammunition cartridges depicted meet the definition of ammunition as set forth in Title 18, U.S.C., § 921(a)(17) ("The term 'ammunition' means ammunition or cartridge cases, primers, bullets, or propellant powder designed for use in any firearm."). SA Farley further advised that based on his knowledge and experience that ammunition is not manufactured in the State of Arizona, but rather the PMC ammunition was manufactured in South Korea and the Wolf Ammunition was manufactured in Russia, and therefore traveled in interstate and foreign commerce to be found here in Arizona.

16. On September 15, 2020, security video at the QT, located at 2450 E. Union Hills Drive in Phoenix, Arizona captured SEELY-BEY as the lone occupant, parking this truck, exiting the driver's side and eventually entering the vehicle and driving away.

17. On October 1, 2020, SEELY-BEY was observed as the lone occupant driving this vehicle East on Bell Road from Cave Creek by FBI/JTTF TFO Timothy Newman.

18. On October 8, 2020, Agents arrested SEELY-BEY as he exited his hotel room at the 3 Palms hotel, located at 7707 E. McDowell Road, Scottsdale. SEELY-BEY carried the keys to his 2015 Gray/Charcoal Chevrolet Silverado pick-up truck in his hand.

19. For these reasons, this affiant submits that there is probable cause to believe that on or between July 31, 2020 and October 8, 2020, in the District of Arizona, Bobby Lee Seely-Bey, a prohibited possessor, did knowingly possess ammunition, which traveled in interstate and foreign commerce, after knowingly having been convicted of a crime punishable by a term exceeding one year of imprisonment, in violation of Title 18, United States Code, Section 922(g)(1).

*Michael Lum* MICHAEL R LUM
Digitally signed by MICHAEL R LUM
Date: 2020.10.08 14:20:29 -07'00'

Michael Lum
Task Force Officer/Special Agent,
Federal Bureau of Investigation

Telephonically sworn and subscribed to me this 8 day of October, 2020

*Michelle Burns*
Honorable Michelle H. Burns
United States Magistrate Judges

7